## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br> *Plaintiff,* <br><br> v. <br><br> JOY ROCKWELL ENTERPRISES, INC. d/b/a POSTCARDMANIA PCM LLC, RICHARD ROES 1-10, fictitious names of unknown individuals, and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> *Defendants.* | Case No.: 3:24-cv-04389-MAS-TJB <br><br> Civil Action <br><br> **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN of the entry of the undersigned as counsel for Defendant, JOY ROCKWELL ENTERPRISES, INC. d/b/a POSTCARD MANIA PCM LLC, in the above-entitled action. All further notices and copies of pleadings, papers, and other relevant material to this action should be directed to and served upon:

Kory Ann Ferro, Esquire<br>
GREENSPOON MARDER LLP<br>
1037 Raymond Blvd, Suite 900

Newark, New Jersey 07102
Tel: 732-456-8746
Fax: 732-957-2314
Email: KoryAnn.Ferro@gmlaw.com

DATED:  April 1, 2024.                    Respectfully submitted,


                                          */s/ Kory Ann Ferro*
                                          **GREENSPOON MARDER LLP**
                                          Kelly M. Purcaro, Esq.
                                          Kory Ann Ferro, Esq.
                                          One Riverfront Plaza
                                          1037 Raymond Blvd., Suite 900
                                          Newark, New Jersey 07102
                                          Tel.: (732) 456-8734 or 8746
                                          Kelly.Purcaro@gmlaw.com
                                          KoryAnn.Ferro@gmlaw.com

                                          *Attorneys for Defendant JOY ROCKWELL ENTERPRISES, INC. d/b/a POSTCARD MANIA PCM LLC*

## **CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on this **1st** day of April, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                       */s/ Kory Ann Ferro*
                                       Kory Ann Ferro, Esq.