**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8734 or 8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant Joy Rockwell Enterprises, Inc. d/b/a PostcardMania PCM LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>*Plaintiff,*<br><br>v.<br><br>JOY ROCKWELL ENTERPRISES, INC. d/b/a POSTCARDMANIA PCM LLC, RICHARD ROES 1-10, fictitious names of unknown individuals, and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>*Defendants.* | Case No.: 3:24-cv-04389<br><br>Civil Action<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel for Defendant Joy Rockwell Enterprises, Inc. d/b/a PostcardMania PCM LLC certifies as follows:

1. Joy Rockwell Enterprises, Inc. d/b/a PostcardMania and PCM LLC are non-governmental corporations.

2. Joy Rockwell Enterprises, Inc. d/b/a PostcardMania is a Florida Profit Corporation with its principal place of business in Florida.

3. PCM LLC is a Florida Limited Liability Company with its principal place of business in Florida.

4. Joy Rockwell Enterprises, Inc. d/b/a PostcardMania and PCM LLC do not have any parent companies and no publicly held corporation owns 10% or more of such companies stock.

DATED:  April 1, 2024            Respectfully submitted,

*/s/ Kory Ann Ferro*
**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for Defendant Joy Rockwell Enterprises, Inc. d/b/a PostcardMania PCM LLC*

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on this **1st** day of April, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                */s/ Kory Ann Ferro*
                Kory Ann Ferro, Esq.