**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8734 or 8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant Joy Rockwell Enterprises, Inc. d/b/a PostcardMania PCM LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>*Plaintiff,*<br><br>v.<br><br>JOY ROCKWELL ENTERPRISES, INC. d/b/a POSTCARDMANIA PCM LLC, RICHARD ROES 1-10, fictitious names of unknown individuals, and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>*Defendants.* | Case No.: 3:24-cv-04389<br><br>Civil Action<br><br>**CLERK'S EXTENTION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT PURSUANT TO L. CIV. R. 6.1(b)** |

Pursuant to Local Civil Rule 6.1(b), Defendant Joy Rockwell Enterprises, Inc.

d/b/a PostcardMania PCM LLC ("PostcardMania"), by and through its undersigned

counsel, hereby applies for a Clerk's Order extending the time by which PostcardMania my answer, move, or otherwise respond to Plaintiffs' Complaint by fourteen (14) days and represent as follows:

1. No previous extensions have been obtained.

2. This case was timely removed from the Superior Court of New Jersey, Monmouth County on March 29, 2024 (Doc. No. 01).

3. Pursuant to *Fed. R. Civ. P.* 81(c)(2)(C), PostcardMania's time to answer, move, or otherwise respond to Plaintiffs' Complaint expires on April 5, 2024.

DATED: April 4, 2024         Respectfully submitted,

*/s/ Kory Ann Ferro*
**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for Defendant Joy Rockwell Enterprises, Inc. d/b/a PostcardMania PCM LLC*

## **ORDER**

The above application is hereby **GRANTED**. Defendant Joy Rockwell Enterprises, Inc. d/b/a PostcardMania PCM LLC's time to answer, move, or otherwise respond to Plaintiffs' Complaint is extended by fourteen (14) days until April 19, 2024.

_____
Clerk of the United States District Court
District of New Jersey

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of April, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                    */s/ Kory Ann Ferro*
                                    Kory Ann Ferro, Esq.