

KoryAnn Ferro, Senior Counsel<br>
One Riverfront Plaza<br>
1037 Raymond Blvd., Suite 900<br>
Newark, New Jersey 07102<br>
Phone: 732.494.4800<br>
Fax: 954.333.4222<br>
Direct Phone: 732.456.8746<br>
Direct Fax: 732.957.2314<br>
Email: koryann.ferro@gmlaw.com

April 12, 2024

**Via CM/ECF**
Hon. Harvey Bartle, III, U.S.D.J.
16614 U.S. Courthouse
601 Market Street, Courtroom 16-A
Philadelphia, PA 19106

    Re:    **Atlas Data Privacy Data Corp., et al. v. Joy Rockwell Enterprises, Inc., et al.**
              **Case No. 1:24-cv-04389-HB**

Dear Judge Bartle,

    This firm represents Defendant Joy Rockwell, Enterprises, Inc. d/b/a PostcardMania PCM, LLC ("PostcardMania") in the above-entitled action.

    In accordance with the April 5, 2024 Clerk's Text Order, PostcardMania's answer, motion, or other response to Plainitffs' Complaint is currently due on April 19, 2024. Your Honor's April 8, 2024 Order (Doc. No 07), stayed this matter through April 18, 2024 and provides that "time to answer or otherwise respond to the complaint[]" will be discussed and addressed at the April 18, 2024 status conference.

    In order to avoid confusion, this correspondence seeks to confirm that PostcardMania's responsive pleading will *not* be due April 19th, the day after the status conference. Rather, it is PostcardMania's understanding that such deadline will be discussed at the status conference and reset by the Court for a reasonable time thereafter.

    We await Your Honor's direction in this regard to ensure PostcardMania proceeds accordingly.

              Respectfully submitted,

              GREENSPOON MARDER LLP

              */s/ Kory Ann Ferro*

              Kory Ann Ferro, Senior Counsel

cc    All Counsel of Record (*Via ECF*)