UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                    **DATE OF PROCEEDINGS: 04/18/2023**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4389 (HB)

  **TITLE OF CASE:**
  ATLAS DATA PRIVACY CORPORATION et al
                        v.
  JOY ROCKWELL ENTERPRISES INC.

  **APPEARANCES:**
  SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE




Time commenced:  10:00 AM                    Time Adjourned: 12:20 PM


Total: 2 hours and 20 minutes



                                                    s/ *David Bruey*
                                                    **DEPUTY CLERK**