# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>We Inform, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4037 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Infomatics, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4041 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>The People Searchers, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4045 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>DM Group, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4075 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Deluxe Corporation, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4080 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4096 |
| | ) | |
| Delvepoint, LLC, et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4098 |
| | ) | |
| Quantarium Alliance, LLC, et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4103 |
| | ) | |
| Yardi Systems, Inc., et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4141 |
| | ) | |
| Digital Safety Products, LLC, et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4143 |
| | ) | |
| Cvil Data Research | ) | |
|     *Defendant* | ) | |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    )<br>    *Plaintiff*    )<br>       v.    )<br>        )<br><u>Scalable Commerce, LLC, et. al.</u>    )<br>    *Defendant*    ) | Case No. 24-4160 |
| <u>Atlas Data Privacy Corporation, et. al.</u>    )<br>    *Plaintiff*    )<br>       v.    )<br>        )<br><u>Labels & Lists, Inc., et. al.</u>    )<br>    *Defendant*    ) | Case No. 24-4174 |
| <u>Atlas Data Privacy Corporation, et. al.</u>    )<br>    *Plaintiff*    )<br>       v.    )<br>        )<br><u>Innovis Data Solutions Inc., et. al.</u>    )<br>    *Defendant*    ) | Case No. 24-4176 |
| <u>Atlas Data Privacy Corporation, et. al.</u>    )<br>    *Plaintiff*    )<br>       v.    )<br>        )<br><u>Accurate Append, Inc., et. al.</u>    )<br>    *Defendant*    ) | Case No. 24-4178 |
| <u>Atlas Data Privacy Corporation, et. al.</u>    )<br>    *Plaintiff*    )<br>       v.    )<br>        )<br><u>Zillow, Inc., et. al.</u>    )<br>    *Defendant*    ) | Case No. 24-4256 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>    *Plaintiff*                                )<br>         v.                                       )<br>                                                  )<br> <u>Equimine, Inc., et. al.</u>                    )<br>    *Defendant*                               ) | | Case No. 24-4261 |

<u>Atlas Data Privacy Corporation, et. al.</u>  )
    *Plaintiff* )
        v. )      Case No. 24-4261
         )
<u>Equimine, Inc., et. al.</u> )
    *Defendant* )

<u>Atlas Data Privacy Corporation, et. al.</u>  )
    *Plaintiff* )
        v. )      Case No. 24-4292
         )
<u>Melissa Data Corp., et. al.</u> )
    *Defendant* )

<u>Atlas Data Privacy Corporation, et. al.</u>  )
    *Plaintiff* )
        v. )      Case No. 24-4324
         )
<u>Restoration of America, et. al.</u> )
    *Defendant* )

<u>Atlas Data Privacy Corporation, et. al.</u>  )
    *Plaintiff* )
        v. )      Case No. 24-4345
         )
<u>i360, LLC, et. al.</u> )
    *Defendant* )

<u>Atlas Data Privacy Corporation, et. al.</u>  )
    *Plaintiff* )
        v. )      Case No. 24-4380
         )
<u>GoHunt, LLC, et. al.</u> )
    *Defendant* )

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*                                    )<br>      v.                                              )<br>                                                    )<br><u>Accuzip, Inc., et. al.</u>                    )<br>*Defendant*                                  ) | Case No. 24-4383 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*                                    )<br>      v.                                              )<br>                                                    )<br><u>Synaptix Technology, LLC, et. al.</u>   )<br>*Defendant*                                  ) | Case No. 24-4385 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*                                    )<br>      v.                                              )<br>                                                    )<br><u>Joy Rockwell Enterprises, Inc., et. al.</u>  )<br>*Defendant*                                  ) | Case No. 24-4389 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*                                    )<br>      v.                                              )<br>                                                    )<br><u>Fortnoff Financial, LLC, et. al.</u>      )<br>*Defendant*                                  ) | Case No. 24-4390 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*                                    )<br>      v.                                              )<br>                                                    )<br><u>MyHeritage, Ltd., et. al.</u>                )<br>*Defendant*                                  ) | Case No. 24-4392 | |

Case 1:24-cv-04389-HB     Document 35     Filed 12/06/24     Page 5 of 8 PageID: 1046

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>      v. )<br>)<br><u>E-merges.com, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4434 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>      v. )<br>)<br><u>Nuwber, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4609 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>      v. )<br>)<br><u>RocketReach LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4664 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>      v. )<br>)<br><u>Belles Camp Communications, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4949 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>      v. )<br>)<br><u>Property Radar Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-5600 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>The Alesco Group, L.L.C., et. al.</u> )<br>*Defendant* ) | Case No. 24-5656 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Searchbug, Inc., et. al.</u> )<br>*Defendant* ) | Case No. 24-5658 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Amerilist, Inc., et. al.</u> )<br>*Defendant* ) | Case No. 24-5775 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>U.S. Data Corporation, et. al.</u> )<br>*Defendant* ) | Case No. 24-7324 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Smarty, LLC, et. al.</u> )<br>*Defendant* ) | Case No. 24-8075 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> Compact Information Systems, LLC., et. al. ) <br> *Defendant* ) | Case No. 24-8451 |
| Atlas Data Privacy Corporation, et. al. ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> Darkowl, LLC, et. al. ) <br> *Defendant* ) | Case No. 24-10600 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

Date: 12/6/2024

*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*