UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: January 14, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** JOHN KURZ

**TITLE OF CASE:**          **DOCKET NO.:** 24-4389 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
JOY ROCKWELL ENTERPRISES, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:   10:40a.m.     Time Adjourned: 10:41a.m.     Total Time in Court: 0:01