```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
      v.                        :
                                :
LABELS & LISTS, INC., et al.    :       NO. 24-4174
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
      v.                        :
                                :
ACCUZIP, INC., et al.           :       NO. 24-4383
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
      v.                        :
                                :
JOY ROCKWELL ENTERPRISES,       :       NO. 24-4389
INC., et al.                    :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
      v.                        :
                                :
THE ALESCO GROUP, L.L.C.        :       NO. 24-5656
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
      v.                        :
                                :
SEARCHBUG, INC.                 :       NO. 24-5658
_____
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| US DATA CORP., et al. | : | NO. 24-7324 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| DARKOWL, LLC, et al. | : | NO. 24-10600 |

ORDER

AND NOW, this 3rd day of November 2025, it is hereby ORDERED that:

(1) The letter request to stay the court's September 12, 2025 Order in the above cases is DENIED;

(2) The Court will have on the agenda at a future status conference the issue of merits discovery (as of now, no merits discovery is required to proceed);

(3) Plaintiffs shall serve any answers to defendants' counterclaims on or before November 19, 2025;

(4) To the extent motions are filed in lieu of answers, said motions together with supporting briefs shall be filed on or before November 19, 2025;

(5) Defendants shall file any responsive briefs on or before December 10, 2025; and

(6) Plaintiffs shall file any reply briefs on or before December 19, 2025.

BY THE COURT:

/s/  Harvey Bartle III
                              J.