**GreenspoonMarder** LLP

Kory Ann Ferro, Senior Counsel
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 732.957.2314
Direct Phone: 732.456.8746
Email: KoryAnn.Ferro@gmlaw.com

January 14, 2026

**BY ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:**  *Atlas Data Privacy Corp., et al. v. Accuzip, Inc., et al.* **(No. 1:24-cv-04383)**
*Atlas Data Privacy Corp., et al. v. The Alesco Group, LLC, et al.* **(No. 1:24-cv-05656)**
*Atlas Data Privacy Corp., et al. v. DarkOwl, LLC, et al.* **(No. 1:24-cv-10600)**
*Atlas Data Privacy Corp., et al. v. Joy Rockwell Enterprises, Inc., et al.* **(No. 1:24-cv-04389)**
*Atlas Data Privacy Corp., et al. v. Searchbug, Inc., et al.* **(No. 1:24-cv-05658)**
*Atlas Data Privacy Corp., et al. v. US Data Corporation, et al.* **(No. 1:24-cv-07324)**
**Joint Request for Extension on Plaintiff's Omnibus Motion to Dismiss Counterclaims**

Dear Judge Bartle:

This firm represents the Defendants in the above-referenced matters. Plaintiffs' Omnibus Motion to Dismiss Counterclaims ("Motion") is currently returnable on February 17, 2026 with Defendants' opposition due January 20, 2026 under Your Honor's December 22, 2025 Order and Plaintiffs' reply due February 3, 2026 under Your Honor's January 8, 2026 Order.

We write with consent of Plaintiffs' counsel, memorialized in the accompanying Stipulation and Consent Order, to seek an adjournment of the Motion and corresponding extension of the briefing schedule. The Motion has previously only been extended once in accordance with *L. Civ. R.* 7.1(d)(5) and, as such, this is the first joint extension request.

Good cause exists due to the complex nature of the Motion and nuanced analysis that must be performed independently as to each of the above-listed six cases. Each case has its own set of factual allegations in their respective Counterclaims and counsel requires additional time to ensure that the opposition in each case is properly addressed on its own merits.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Kory Ann Ferro*
KORY ANN FERRO

cc   All Counsel of Record (*Via ECF*)