**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8734 or 8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, | Case No.: 1:24-cv-04383-HB |
| *Plaintiffs*, | Civil Action |
| v. | Dkt. No. 77 |
| ACCUZIP, INC., *et al.,* | |
| *Defendants*. | |
| ATLAS DATA PRIVACY CORPORATION, *et al.*, | Case No.: 1:24-cv-05656-HB |
| *Plaintiffs,* | Civil Action |
| v. | Dkt. No. 70 |
| THE ALESCO GROUP, L.L.C., *et al.,* | |
| *Defendants*. | |
| ATLAS DATA PRIVACY CORPORATION, *et al.*, | Case No.: 1:24-cv-10600 |
| *Plaintiffs,* | Civil Action |
| v. | Dkt. No. 62 |
| DARKOWL, LLC, *et al.,* | |
| *Defendants*. | |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, | Case No.: 1:24-cv-04389 |
| Plaintiffs, | Civil Action |
| v. | Dkt. No. 76 |
| JOY ROCKWELL ENTERPRISES, INC. d/b/a  POSTCARDMANIA PCM LLC, *et al.*, | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, *et al.*, | Case No.: 1:24-cv-05658-HB |
| Plaintiffs, | Civil Action |
| v. | Dkt. No. 70 |
| SEARCHBUG, INC., *et al.*, | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, *et al.*, | Case No.: 1:24-cv-07324 |
| Plaintiffs, | Civil Action |
| v. | Dkt. No. 66 |
| US DATA CORPORATION, *et al.*, | |
| Defendants. | |

### STIPULATION AND CONSENT ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S OMNIBUS MOTION TO DISMISS

**THIS MATTER** having been opened to the Court by Plaintiffs and Defendants in the above-captioned matters, for an Order, pursuant to *L. Civ. R.* 7.1(d)(5), adjourning the Plaintiffs' Omnibus Motion to Dismiss Counterclaims (Dkt. Nos. referenced in caption above) and extending the briefing schedule time

2

limits as provided in *L. Civ. R.* 7.1(d)(2) and (3); and the Parties having consented to the form and entry of this Consent Order; and for good cause having been shown;

**IT IS** on this __15th__ day of _____January_____, 2026, hereby

**ORDERED** that Plaintiffs' Omnibus Motion to Dismiss Defendant is adjourned one cycle from February 17, 2026 until March 2, 2026.

**IT IS FURTHER ORDERED** that Defendants shall file and serve their opposition on or before February 3, 2026.

**IT IS FURTHER ORDERED** that Plaintiffs shall file and serve their reply thereto on or before February 23, 2026.

**IN WITNESS WHEREOF**, the Parties, by their duly authorized representatives, have caused this Order to be duly executed:

**PEM LAW LLP**
*Attorneys for Plaintiffs*

**GREENSPOON MARDER LLP**
*Attorneys for Defendants Accuzip, Inc.; The Alesco Group LLC; DarkOwl, LLC; Joy Rockwell Enterprises, Inc.; Searchbug, Inc.; and US Data Corporation*

By: */s/Jessica A. Merejo* _____
   Rajiv D. Parikh, Esq.
   Kathleen Barnett Einhorn, Esq.
   Jessica A. Merejo, Esq.
   One Boland Drive, Suite 101
   West Orange, New Jersey 07052
   Tel.: (973) 577-5500
   rparikh@pemlaw.com
   keinhorn@pemlaw.com
   jmerejo@pemlaw.com

By:*/s/Kory Ann Ferro* _____
   Kelly M. Purcaro, Esq.
   Kory Ann Ferro, Esq.
   One Gateway Center, Suite 2600
   Newark, New Jersey 07102
   Tel.: (732) 456-8746
   Kelly.Purcaro@gmlaw.com
   KoryAnn.Ferro@gmlaw.com

   Dated: January 14, 2026

**BIRD MARELLA RHOW**
**LINCENBERG DROOKS NESSIM LLP**
Ekwan E. Row, Esq.
(*pro hac vice* forthcoming)
Elliot C. Harvey Schatmeier, Esq.
(*pro hac vice* forthcoming)
Bill L. Clawges, Esq.
(admitted *pro hac vice*)
1875 Century Park East, 23 Floor
Los Angeles, California 90067
Tel.: (310) 201-2100
erhow@birdmarella.com
ehs@birdmarella.com
bclawges@birdmarella.com

Dated:  January 14, 2026

IT IS SO ORDERED.

/s/  Harvey Bartle III
J.