# GreenspoonMarder LLP

Kelly Purcaro, Partner
One Gateway Center, Suite 2600
Newark, NJ 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

July 14, 2026

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:** *Atlas Data Privacy Corp., et al v. JOY ROCKWELL ENTERPRISES, INC. et al* **(No. 1:24-cv-04389-HB) – Joinder in Defendants' Motion for Reconsideration**

Dear Judge Bartle:

This firm represents the Defendant Joy Rockwell Enterprises, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins in the Motion for Reconsideration filed at Doc. No. 118 in the matter of Atlas Data Privacy Corp., et al. v. DM Group, Inc., et al., Case No. 1:24-cv-04075-HB.

Respectfully submitted,

KELLY PURCARO